## Moyer Estate.

Argued November 12, 1948. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

20

22

*John M. Smith, Jr.,* for appellant.

*David B. James, Jr.,* with him *Hale Pratt, Harry Howard Bent* and *Moore, Panfil & James,* for appellee.

PER CURIAM, January 3, 1949:

The decree of the court below is affirmed on the opinion of President Judge VAN DUSEN.